UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

UNITED STATES OF AMERICA           :

                          :

        -v-                  :         25-CR-357 (JAV)

                          :

GILBERTO RODRIGUEZ,          :          ORDER

                          :

            Defendant(s).      :

                          :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        The surrender date previously ordered for April 6, 2026 is hereby adjourned to July 7, 2026.

        SO ORDERED.

Dated: April 3, 2026
      New York, New York                _____

                                         JEANNETTE A. VARGAS
                                         United States District Judge