# Law Office of Jose L. Nieves

213-37 39th Avenue
Suite 184
Bayside, New York 11361-2071

631-861-5094 Phone
jose.nieveslaw@gmail.com
jose.nieveslaw.com

July 31, 2026

VIA ECF
Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: USA v GILBERTO RODRIGUEZ
Case #: 25 Mag. 1769
Request for release of defendant's passport

Dear Hon. Judge Vargas:

This letter motion is to request that Mr. Rodriguez's passport, held with pre-trial services, be released to my office. Mr. Rodriguez has surrendered to fulfill his term of incarceration on July 7, 2026.

Thank you very much in advance for your consideration.

Very truly yours,
Jose Nieves

Jose L. Nieves, Esq.

Via-ECF and email
Kevin Grossinger
Kevin.Grossinger@usdoj.gov

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge